RECEIVED
By Stephen Bond at 2:03 pm, Mar 01, 2022

2021R00862/VL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Renée Marie Bumb |
| | : | |
| v. | : | Criminal No. 22- 168 |
| | : | |
| ALBERTO GARZA, and | : | 21 U.S.C. § 846 |
| EVERARDO RODRIGUEZ JR. | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) |
| | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) |

**INDICTMENT**

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

**COUNT ONE**
(*Drug Conspiracy*)

From in or around July 2021 through on or about August 3, 2021, in Burlington County, in the District of New Jersey and elsewhere, the defendants,

**ALBERTO GARZA, and**
**EVERARDO RODRIGUEZ JR.,**

did knowingly and intentionally conspire and agree with each other and others to distribute and possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

In violation of Title 21, United States Code, Section 846.

## COUNT TWO
(*Distribution of Cocaine*)

On or about August 3, 2021, in Burlington County, in the District of New Jersey and elsewhere, the defendants,

**ALBERTO GARZA, and
EVERARDO RODRIGUEZ JR.,**

did knowingly distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did aid and abet the same.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT THREE
*(Possession with Intent to Distribute Cocaine)*

On or about August 3, 2021, in Burlington County, in the District of New Jersey and elsewhere, the defendants,

**ALBERTO GARZA, and
EVERARDO RODRIGUEZ JR.,**

did knowingly and intentionally possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did aid and abet the same.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

1. The allegations set forth in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of any of the controlled substances offenses alleged in Counts One through Three of this Indictment, the defendants,

**ALBERTO GARZA, and
EVERARDO RODRIGUEZ JR.,**

shall forfeit to the United States of America any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violations, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this Indictment.

### Substitute Assets Provision

If any of the property described above, as a result of any act or omission of the defendants:

      (a) cannot be located upon the exercise of due diligence;

      (b) has been transferred or sold to, or deposited with, a third party;

      (c) has been placed beyond the jurisdiction of the court;

      (d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

FOREPERSON

*[signature]*
PHILIP R. SELLINGER
United States Attorney

CASE NUMBER: 22-

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

ALBERTO GARZA, and
EVERARDO RODRIGUEZ JR.

# INDICTMENT FOR

21 U.S.C. § 846
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)

*A True Bill*

**PHILIP R. SELLINGER**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

VINAY LIMBACHIA
*ASSISTANT U.S. ATTORNEY*
*973-353-6071*